UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICKY L. JORDAN,
on behalf of himself and all
others similarly situated,

        Plaintiff,

                                  Case No. 10-cv-60226-FAM

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.
_____/

## NOTICE OF PENDING CLASS ACTION SETTLEMENT

    Plaintiff, Ricky L. Jordan (Plaintiff), and Defendant, NCO Financial Systems, Inc. (NCO), through counsel, hereby submit this Notice of Pending Class Action Settlement informing the Court the parties have reached a verbal class action settlement in principal in this case and are presently drafting, finalizing, and executing the settlement agreement. Upon execution of the settlement agreement, the parties will file a motion for preliminary court approval of the class action settlement. The parties anticipate they will need 45 days to prepare the settlement documents and motion for preliminary approval.

Respectfully Submitted,

/s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658
P.O. Box 11842
Ft. Lauderdale, FL  33339
Telephone:  (954) 537-2000
Facsimile:  (954) 566-2235
donyarbrough@mindspring.com

O. Randolph Bragg, Esq.
HORWITZ HORWITZ & ASSOCIATES
25 E Washington Street, Suite 900
Chicago, Illinois 60602
Telephone:    (312) 372-8822
Facsimile:     (312) 372-1673
rand@horwitzlaw.com

Attorneys for Plaintiff

/s/ Dayle M. Van Hoose
Dayle M. Van Hoose, Esq.
Florida Bar No.: 0016277
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
Sessions, Fishman, Nathan & Israel, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone:    (813) 890-2463
Facsimile:     (866) 466-3140
dvanhoose@sessions-law.biz
kgrace@sessions-law.biz

Bryan C. Shartle, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002-7227
Telephone:    (504) 828-3700
Facsimile:     (504) 828-3737
bschartle@sessions-law.biz

Attorneys for Defendant,
NCO Financial Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July 2010 a copy of the foregoing was served electronically via CM/ECF on the following:

Donald A. Yarbrough, Esq.
2000 East Oakland Park Boulevard, Suite 105
Fort Lauderdale, FL 33306

O. Randolph Bragg, Esq.
25 E. Washington Street, Suite 900
Chicago, IL 60602

/s/ Dayle M. Van Hoose
Attorney

\\sfnfs02\prolawdocs\6947\6947-25622\Jordan, Ricky L\152827.doc