UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60226-CIV-MORENO

RICKY L. JORDAN,

    Plaintiff,

vs.

NCO FINANCIAL SYSTEM, INC.,,

    Defendant.
_____/

## NOTICE OF COURT PRACTICE UPON PARTIES' NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon the Parties' Notice of Pending Class Action Settlement (**D.E. No. 17**), filed on **July 15, 2010**.

THE PARTIES are notified that they shall file all papers related to the settlement including any order of dismissal stating specific terms and conditions, no later than **August 27, 2010**. If the parties do not comply with this order, then the Court shall <u>dismiss</u> this case with prejudice or proceed to trial during the previously scheduled two week period of **November 8, 2010**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of July, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record